UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADRIAN CONTRERAS-REBOLLAR,<br><br>                Plaintiff,<br><br>v.<br><br>RONALD CULPEPPER, et al.,<br><br>                Defendants. | CASE NO. C12-5689 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 6), and Plaintiff Adrian Contreras-Rebollar's objections to the R&R (Dkt. 7).

On August 17, 2012, Judge Creatura accepted Plaintiff's civil rights complaint (Dkt. 5). On August 21, 2012, Judge Creatura issued the R&R recommending that the Court dismiss Plaintiff's complaint prior to service because (1) the majority of the named defendants are entitled to judicial immunity, (2) the other named defendants are not state actors, and (3) Plaintiff must challenge the propriety of his criminal conviction through habeas corpus. Dkt. 6.

On September 10, 2012, Plaintiff filed objections to the R&R and argued that (1) judicial immunity does not apply under *Stump v. Sparkman*, 435 U.S. 349 (1987), and (2) Plaintiff's appointed counsel was acting under color of law.  Dkt. 7.  Both of Plaintiff's arguments are without merit.  First, the trial judge and the appellate judges are entitled to judicial immunity based on the alleged facts in Plaintiff's complaint.  Plaintiff alleges errors during his trial and the denial of his personal restraint petition as untimely.  None of the alleged acts subject any judicial officer to liability.  Therefore, the Court adopts the R&R on this issue.

Second, Plaintiffs alleges errors of counsel that should have been handled by either a direct appeal or a collateral attack, such as a personal restraint petition or petition for habeas relief.  Plaintiff's attempt to convert these alleged errors into a civil rights violation is without merit and precluded by *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).  Therefore, the Court adopts the R&R on this issue.

The Court having considered the R&R, Plaintiff's objections, and the remaining record, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED**.

Dated this 22nd day of October, 2012.

BENJAMIN H. SETTLE  
United States District Judge